# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY ANN AUSTIN,**

        **Plaintiff,**

**-vs-**         **Case No. 6:05-cv-1387-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO REMAND (Doc. No. 10)**
>
> **FILED:**    **December 6, 2005**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Social Security Administration requests that this case be remanded for further proceedings pursuant to sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3). It states that remand is required because the cassette tape of the oral hearing is inaudible and that it cannot prepare the certified administrative record. The plaintiff does not object to remanding the case for further proceedings.

Because there is an insufficient record to permit the Court to review the administrative proceedings, good cause has been shown to remand this case to the Social Security Administration

for further proceedings. Accordingly, I recommend that the Court **REMAND** the case to the Social Security Administration for further proceedings and direct the Clerk of Court to close the file pending the completion of those proceedings.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 7, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy