# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARY ANN AUSTIN,

    Plaintiff,

vs.                           CASE NO. 6:05-CV-1387-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed December 7, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 11) is **ADOPTED and AFFIRMED.** The Unopposed Motion to Remand (Doc. No. 10, filed December 6, 2005) is **GRANTED**, and this case is hereby **REMANDED** to the Social Security Administration for further proceedings. The Clerk of Court shall close this file pending the completion of those proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of December, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record

Case 6:05-cv-01387-PCF-KRS   Document 12   Filed 12/12/05   Page 2 of 2 PageID 21